# EXHIBIT A

1903138v1

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

                                                      PERSONAL INJURY

---

DAVID HINTON, LINDA HINTON, AND ANDREW
HINTON,

                        Plaintiffs,        Court File No. _____

VS.

SOO LINE RAILROAD COMPANY, a Minnesota
corporation d/b/a Canadian Pacific Railway and    **SUMMONS**
a wholly owned subsidiary of Canadian Pacific
Railway Limited, and Canadian Pacific Railway
Limited, a Canadian Corporation,

                        Defendant.

---

THE STATE OF MINNESOTA TO THE ABOVE NAMED DEFENDANT

You are hereby summoned to answer the Complaint in this action and to serve a

copy of your answer upon the subscriber within twenty (20) days after the service of this

Summons upon you, exclusive of the date of service; and in case of your failure to appear

or answer, judgment will be taken against you by default for the relief demanded in the

Complaint.

Dated this 16th day of January, 2006.

                              PRINGLE & HERIGSTAD, P.C.

                              BY _____
                              Jim Nostdahl, NDSB #03925
                              2525 Elk Drive
                              P.O. Box 1000
                              Minot, ND 58702-1000
                              (701) 852-0381

1

Pringle & Herigstad, P.C.
P.O. Box 1000
Minot, ND 58702-1000
701-852-0381

BY _____
Reed A. Soderstrom, MSBA #0214115
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
(701) 852-0381

**ATTORNEYS FOR PLAINTIFFS**

2

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

PERSONAL INJURY

---

DAVID HINTON, LINDA HINTON, AND ANDREW HINTON,

                           Plaintiffs,

vs.

SOO LINE RAILROAD COMPANY, a Minnesota corporation d/b/a Canadian Pacific Railway and a wholly owned subsidiary of Canadian Pacific Railway Limited, and Canadian Pacific Railway Limited, a Canadian Corporation,

                           Defendant.

Court File No. _____

**COMPLAINT**
**JURY TRIAL DEMANDED**

---

Plaintiffs, David Hinton, Linda Hinton, and Andrew Hinton, for their claims against the above named Defendant, state and allege as follows:

I.

The Plaintiffs are residents of the City of Minot, State of North Dakota.

II.

Defendant Soo Line Railroad Company (hereinafter "Defendant Soo Line") is a Minnesota corporation doing business as Canadian Pacific Railway, duly organized and existing under the laws of the state of Minnesota, and duly licensed and empowered to operate a system of railroads as a common carrier of freight for hire in and through the state of Minnesota and elsewhere in the United States, including Minot, North Dakota, where the derailment at issue in this case occurred. Defendant Soo Line maintains its

1

corporate headquarters and has its principal place of business at the Soo Line Building, located at 501 Marquette Avenue, Minneapolis, Minnesota 55402. Soo Line is a wholly owned subsidiary of Canadian Pacific Railway Company and its corporate successor, Defendant Canadian Pacific Railway Limited, a Canadian corporation.

III.

Defendant Soo Line, doing business as Canadian Pacific Railway Company, owned, operated, maintained and controlled the Portal division track where the derailment occurred. In addition, personnel in the Minneapolis and St. Paul office of Defendant Soo Line managed and oversaw the Portal track division, including the maintenance operations along the Portal track division.

IV.

On or about January 18, 2002, at approximately 1:40 a.m., at or near Minot, North Dakota, Defendant was operating one of its freight trains on its mainline track when the train derailed, causing several tank cars filled with anhydrous ammonia to sustain large punctures allowing the anhydrous ammonia to escape in a gaseous form which immediately spread throughout the immediate area.

V.

On January 18, 2002, Plaintiffs were residents of Tierricita Vallejo, a subdivision to the west of Minot, North Dakota, where the above-referenced derailment took place. Plaintiffs remained in their home for the entire night until they were rescued the following morning. As a result of their exposure to the anhydrous ammonia, the Plaintiffs suffered serious physical problems to various parts of their body, including their eyes and lungs,

Pringle & Herigstad, P.C.
P.O. Box 1000
Minot, ND 58702-1000
701-852-0381

among others.  Plaintiffs also suffered psychological injuries as a result of the exposure to the anhydrous and their experiences throughout the night of the derailment until they were finally rescued in the morning.

## VI.

Defendant's negligence, carelessness, recklessness, willfulness, wantonness, and intentional deliberate acts with willful indifference to and reckless disregard for the rights and safety of others proximately caused the derailment through the following acts or omissions:

A.      Failure to adopt, install, implement and enforce a safe method and procedure for the proper inspection, maintenance, upkeep and repair of its tracks, rails, roadbed, and property;

B.      Failure to properly construct, inspect, maintain and repair its tracks, rails, roadbed and properties;

C.      Failure to properly supervise, regulate and operate, in the aforementioned area, the movement of its engines and cars;

D.      Failure to properly construct, inspect, repair and maintain its tracks, including all such acts that caused the rails to break, malfunction or give way causing the train to derail;

E.      Failure to remedy track, roadbed, rail, and railway system defects that Defendant knew existed from previous derailments in the area;

F.      Negligent operation of its train so as to cause it to derail;

G.      Creating and permitting dangerous and defective conditions to exist on its tracks, rails, roadbed and properties when Defendant knew, or should have known, in the exercise of reasonable care, that these conditions were dangerous and unsafe;

H.      Failure to exercise due care in the operation, inspection, maintenance and repair of its tracks, rails, roadbed and properties when transporting toxic chemicals that are caustic in nature, hazardous, flammable, and potentially deadly materials;

3

Pringle & Herigstad, P.C.
P.O. Box 1000
Minot, ND 58702-1000
701-852-0381

I.      Carrying and transporting hazardous and dangerous, toxic chemicals, substances, and materials in an unsafe, dangerous and reckless manner upon its tracks which Defendant knew, or should have known were defective, dangerous, hazardous and reasonably certain to cause derailments resulting in severe and permanent injuries to persons and property;

J.      Making the considered and deliberate economic decision to reduce its work force and increase profits at the expense of allowing Defendant's tracks, roadbeds, rails and railway system to deteriorate into disrepair, creating a dangerous and ultra hazardous condition such that Defendant knew, or should have known, that such conditions would cause derailments of trains carrying dangerous toxic and caustic chemicals, materials, and substances which were reasonably certain to cause severe and disabling injuries to persons and to property;

K.      Reducing its maintenance of way work force that would otherwise have maintained Defendant's tracks, roadbeds, rails and railway system and Defendant's corresponding failure to maintain its tracks, roadbeds, rails and railway system, which was a deliberate, calculated decision made with such willful indifference and reckless disregard to the rights and safety of others and with the known and calculated expense and loss of human life and bodily injury, such that Defendant should be subjected to claims for negligence, absolute and strict liability, and damages of a compensatory, punitive and exemplary nature; and

## VII.

As a direct and proximate result of Defendant's above-described acts, Plaintiffs were caused to incur expenses for medical attention and hospitalization, and will incur medical, hospital and counseling expenses in the future; as well as loss of earnings and loss of future earning capacity.

WHEREFORE, Plaintiffs pray for judgment against Defendant for reasonable damages in an amount in excess of Fifty Thousand Dollars ($50,000.00), on their claims herein, together with interest thereon as provided by law, and for their costs and disbursements herein and for such other and further relief to which Plaintiffs above-named, may be entitled.

4

**PLAINTIFFS HEREBY DEMAND A JURY TRIAL.**

Dated this 16th day of January, 2006.

PRINGLE & HERIGSTAD, P.C.

BY _____
Jim Nostdahl, NDSB #03925
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
(701) 852-0381

BY _____
Reed A. Soderstrom, MSBA #0214115
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
(701) 852-0381

**ATTORNEYS FOR PLAINTIFFS**

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.21, Subd. 2, to the party against whom the allegations in these pleadings are asserted.

_____
Jim Nostdahl

_____
Reed A. Soderstrom

5

Pringle & Herigstad, P.C.
P.O. Box 1000
Minot, ND 58702-1000
701-852-0381